# United States District Court

DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al,

V.

NEW ENGLAND INTERIOR SPECIALTIES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10187

**TO:** (Name and Address of Defendant)

New England Interior Specialties
124 Main Street
Norfolk, MA 02056

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Christopher N. Souris
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

BY DEPUTY CLERK

DATE: JAN 27 2004

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

February 18, 2004

I hereby certify and return that on 2/17/2004 at 02:40 pm I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Gary Powers, owner, person in charge at the time of service for New England Interior Specialties Inc, at, 124 Main Street, Norfolk, MA 02056. Conveyance ($4.50), Copies-Attestation ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($5.76) Total Charges $46.26

_____
Deputy Sheriff

**Deputy Sheriff Joan Geer**

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
             Date              Signature of Server

             _____
             Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.