UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL | ) |
| COLLECTION AGENCY, et al., | ) |
|     Plaintiffs, | ) |
| | ) CIVIL ACTION |
| v. | ) NO. 04-10187-MEL |
| | ) |
| NEW ENGLAND INTERIOR SPECIALITIES, | ) |
|     Defendant. | ) |
| | ) |

REQUEST FOR NOTICE OF DEFAULT

Plaintiffs respectfully request that the court send a Notice of Default to the defendant, New England Interior Specialties, 124 Main Street, Norfolk, MA 02056 in the above-captioned action. Defendant New England Interior Specialties was served with the complaint on February 17, 2004.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: January 21, 2005

                                Respectfully submitted,

                                Christopher N. Souris
                                BBO #556343
                                KRAKOW & SOURIS, LLC
                                225 Friend Street
                                Boston, MA 02114    (617) 723-8440
                                /s/ Christopher N. Souris
                                Attorney for plaintiffs Massachusetts
                                Carpenters Central Collection Agency, et al