UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Massachusetts Carpenters Central Collection Agency, et al**
        Plaintiff

CIVIL ACTION

NO.   04-10187-MEL

V.

**New England Interior Specialities**
        Defendant

### NOTICE OF DEFAULT

Upon application of the Plaintiff, **Mass. Carpenter Central Collection Agency, et al** for an order of Default for failure of the Defendant, **New England Interior Specialities**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this   2   day of   February 2005   .

        TONY ANASTAS
        CLERK OF COURT


By:   /s/ George H. Howarth
      Deputy Clerk

**Notice mailed to: Pltf's atty and to deft.**

**(Default Notice.wpd - 2/2000)**                                                                                          **[ntcdflt.]**

Case 1:04-cv-10187-MEL     Document 4     Filed 02/02/2005     Page 2 of 2