UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al | ) ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION |
| v. | ) NO. 04-10187-MEL |
| | ) |
| NEW ENGLAND INTERIOR SPECIALITIES, | ) |
| Defendant. | ) |
| | ) |

NOTICE OF VOLUNTARY DISMISSAL

In accordance with Rule 41(a)(1)(i), plaintiffs hereby give notice of voluntary dismissal of this action. As of this date, defendant has neither answered the complaint nor moved for summary judgment.

Dated: February 10, 2005        Respectfully submitted,

    Christopher N. Souris
    BBO #556343
    KRAKOW & SOURIS, LLC
    225 Friend Street
    Boston, MA 02114    (617) 723-8440
    /s/ Christopher N. Souris
       Attorney for plaintiffs Massachusetts
    Carpenters Central Collection Agency, et al

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this day to New England Interior Specialties, 124 Main Street, Norfolk, MA 02056,

    __/s/ Christopher N. Souris___
    Christopher N. Souris